| Date | Pleading Number | |
|---|---|---|
| 5/30/75 | 1 | MOTION & BRIEF -- COMMERCIAL & INDUSTRIAL BUILDERS-- to transfer actions w/certificate of service <br> SUGGESTED FORUM: EASTERN DISTRICT OF ILLINOIS |
| 6/11/75 | | APPEARANCE -- Commercial & Industrial Builders, Inc., St. Paul Fire & Marine Insurance Co., David M. Duree; Times Square Investment Corp., E. E. Colwell, Jr., Edward C. Cody, Esq. General Construction Corp., Sidney A. Swink, Carolyn Hancock Swinck, James F. Hespen, Esquire. |
| 6/17/75 | | APPERANCE -- Daniel I. Karlin, Daniel I. Karlin Asn., Richard Wolff, Esq. Bundy Colwell, Stephen H. Dolley, Max L. Green Jr., Basil F. Grillo, William Lyon, Robert E. Morgan, William L. Tooley, Jr., The Colwell Mortgate Trust Robert C. Jones, Esquire |
| 6/17/75 | 2 | RESPONSE    TIMES SQUARE INVESTMENT CORP. w/cert. of service |
| 6/20/75 | 3 | RESPONSE -- COMMERCIAL & INDUSTRIAL BUILDERS, INC., XXMXw/cert of service |
| 7/3/75 | | HEARING ORDER -- Setting litigation for hearing A-1 and A-2, July 25, 1975 Minneapolis, Minnesota |
| 7/25/75 | | WAIVERS OF ORAL ARGUMENT -- The Colwell Mortgage Trust, Commercial and Industrial Builders, XXXXXXXXXXXXXX Times Square Investment Corp., E. E. Curtis, Jr. |
| 12/4/75 | | OPINION AND ORDER -- DENYING TRANSFER OF ACTIONS UNDER 28 U.S.C. §1407 |

## Description of Litigation

MDL Docket No. 219 -- In re Mt. Vernon, Illinois, Times Square Shopping Center Contract Dispute Litigation

### Summary of Panel Action

Date(s) of Hearing(s): 7/25/75

Date(s) of Opinion(s) or Order(s): 12/4/75

Consolidation Ordered: ____   Name of Transferee Judge: ____

Consolidation Denied: XX   Transferee District: ____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Times Square Investment Corp. v. Commercial & Industrial Builders, Inc. v. General Construction Corp., et al. | E.D.Mo. Meredith | 74-844C(1) | | | | |
| A-2 | Commercial & Industrial Builders, Inc. v. Times Square Investment Inc., et al. | E.D.Ill Wise | 75-4-042 | | | | |

Case MDL No. 219   Document 1   Filed 05/01/15   Page 3 of 4

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 219 -- IN RE MT VERNON, ILLINOIS, TIMES SQUARE SHOPPING CENTER CONTRACT LITIGATION

---

COMMERCIAL & INDUSTRIAL BUILDERS, INC.
ST. PAUL FIRE & MARINE INSURANCE CO.
   David M. Duree, Esquire
   Kenney, Leritz & Reinert
   843 Boatmen's Bank Building
   314 North Broadway
   St. Louis, Missouri  63102

TIMES SQUARE INVESTMENT CORPORATION
E. E. COLWELL, JR.
   Edward C. Cody, Esquire
   1000 Oakview Place
   St. Louis, Missouri

DANIEL I. KARLIN
DANIEL KARLIN & ASSOCIATED
   Richard Wolff, Esq.
   Kappel, Neill, Staed & Wolf
   706 Chestnut - Suite 518
   St. Louis, Missouri  63101

GENERAL CONSTRUCTION CORP.
SIDNEY A. SWINK
CAROLYN HANCOCK SWINK
   James F. Hespen, Esquire
   408 Olive Street
   St. Louis, Missouri  63102

BUNDY COLWELL, STEPHEN H. DOLLEY,
MAX L. GREEN, JR., BASIL F. GRILLO,
WILLIAM LYON, ROBERT E. MORGAN
AND WILLIAM L. TOOLEY, JR.
AS TRUSTEES UNDER A TRUST
AGREEMENT KNOWN AS THE
COLWELL MORTGAGE TRUST.

   Robert Jones, Esquire
   Suite 405
   130 S. Bemiston
   Clayton, Missouri  63105

---

Mr. Gilbert LeRoy Lemon
Pro Se.
P.O. Box 5639
North Little Rock, Arkansas

(Advised thefollowing
  have not been served)

M. J. MITCHELL
R. A. ALEXANDER

JP Form 3

p. ___

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 219 -- IN RE MT. VERNON, ILLINOIS, TIMES SQUARE SHOPPING CENTER CONTRACT DISPUTE LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE CO. | A-1 |
| COMMERCIAL & INDUSTRIAL BUILDERS, INC. | A-1 |
| GENERAL CONSTRUCTION CORP. | A-1 |
| SIDNEY A. SWINK | A-1 |
| CAROLYN HANCOCK SWINK | A-1 |
| GILBERT LEROY LEMON | A-1 |
| DANIEL I. KARLIN | A-1 |
| DANIEL KARLIN ASSOC., INC. | A-1 |
| | |
| | |